ADGC

# United States District Court FILED

Southern **DISTRICT OF** California        2008 AUG 29 PM 4:49

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ km _____ DEPUTY

| In the Matter of the Search of | |
|---|---|
| (Name, address or brief description of person or property to be searched) Parcel #1 lists the following information: tracking # 0308-1400-0002-1999-8275; is addressed to Ms. Debbie Cooper, 4443 Centennial Dr., Orlando, FL 32808; it lists the return information of Mr. Chris Andy Cooper, 7990 Lemon Cricle Ct., La Mesa, CA 91941. | **SEARCH WARRANT**<br><br>CASE NUMBER: **'08 MJ 2669** |

TO:   Ana L. Flores, Postal Inspector   and any Authorized Officer of the United States

Affidavit(s) having been made before me by   Ana L. Flores   who has reason to
                                            Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
Parcel #1 lists the following information: tracking # 0308-1400-0002-1999-8275; is addressed to Ms. Debbie Cooper, 4443 Centennial Dr., Orlando, FL 32808; it lists the return information of Mr. Chris Andy Cooper, 7990 Lemon Cricle Ct., La Mesa, CA 91941 which is in the custody of the U.S. Postal Inspection Service.

in the Southern   District of California   there is now
concealed a certain person or property, namely (describe the person or property)

Controlled substances, materials, and documents reflecting the distribution of
controlled substances through the United States Mail, including money paid for
controlled substances, in violation of Title 21, United States Code, Sections
841(a)(1), 843(b) and 846

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before   8/31/08
Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to

**BARBARA L. MAJOR**
**U.S. MAGISTRATE JUDGE**

as required by law.

                                                          at   San Diego, CA
Date and Time Issued  8/22 at 1:10 pm                          City and State

**BARBARA L. MAJOR**
Name U.S. MAGISTRATE JUDGE   U.S. Magistrate Judge        _____ Signature _____
                                                          Signature of Judicial Officer

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED 8/22/08 | DATE AND TIME WARRANT EXECUTED 8-22-08  2:30pm | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH USPS |
| INVENTORY MADE IN THE PRESENCE OF US Postal Inspectors A. Flores and K. Cain |||

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Delivery Confirmation Parcel # 0308-1400-0002-1999-8275 White Ready Post Box with taped and glued seams; styrofoam lining. Box contained packing peanuts and a green leafy substance wrapped in layers of green plastic wrap and black plastic wrap and newspaper. The green leafy substance tested positive for marijuana which weighed approximately 8684.3 grams.

Ceases 8/22/08

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

_Ana Ceales_

Subscribed, sworn to, and returned before me this date.

_W McInerneyJr._        8/29/08
U.S. Judge                 Date